UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHASTITY CONGIOUS, § <br> by and through her Guardian, Kimberly § <br> Hammond, on behalf of Herself and as § <br> Mother and Next Friend of Z.C.H., § <br> Deceased, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CITY OF FORT WORTH, et al., § <br> § <br> Defendants. § | | Civil Action No. 4:22-cv-00092-O |

### FINAL JUDGMENT AS TO DEFENDANTS NGUYEN, CITY OF FORT WORTH, MARTINEZ, CERVANTEZ, AND SHAW

Finding that there is no just reason for delay, and pursuant to Fed. R. Civ. P. 54(b) and 58(a), the Court now enters this Final Judgment as to Defendants Nguyen, City of Fort Worth, Martinez, Cervantez, and Shaw.

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims against Defendant David Nguyen are **DISMISSED with prejudice**.
2. Plaintiff's claims against Defendant City of Fort Worth are **DISMISSED with prejudice**.
3. Plaintiff's claims against Defendant Nicole Cervantez are **DISMISSED with prejudice**.
4. Plaintiff's claims against Defendant Leslie Martinez are **DISMISSED with prejudice**.
5. Plaintiff's claims against Defendant Dr. Aaron Ivy Shaw are **DISMISSED with prejudice**.

**SO ORDERED** on this **3rd day** of **April, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE