IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHASITY CONGIOUS, et al., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00092-O |
| | § | |
| COUNTY OF TARRANT, ET AL | § | |
| | § | |
| Defendants. | § | |

## MOTION TO WITHDRAW

Attorney Jeanette S. Samuels respectfully moves to withdraw her appearance as counsel for Plaintiff(s) and in support thereof, states as follows:

1. The undersigned has filed an Appearance on behalf of Plaintiff(s).

2. The undersigned counsel no longer represents Plaintiff(s).

3. Additional attorneys currently represent these Plaintiff(s) and will continue to diligently and ably represent them going forward in this matter. The undersigned's motion to withdraw will not prejudice the representation or cause any undue delay in this proceeding.

WHEREFORE attorney Jeanette S. Samuels respectfully requests that this Honorable Court enter an order granting the motion to withdraw and terminate her Appearance for Plaintiff(s).

Dated: 1 November 2023                             Respectfully Submitted,

Jeanette Samuels
SAMUELS & ASSOCIATES, LTD.
53 West Jackson Blvd., Suite 831

                                        Chicago, Illinois 60604
                                        T: 872.588.8726
                                        F: 872.813.5256
                                        E: Sam@ChiCivilRights.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel swears, on oath, that a true and complete copy of the foregoing was served on all counsel of record via the court's electronic filing system on 9 November 2023.

                                                      *s/ Jeanette Samuels*