**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| Chasity Congious, by and through | ) | |
| her Guardian, Kimberly Hammond, | ) | |
| on behalf of herself and as Mother and | ) | |
| Next Friend of Z.C.H., Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:22-cv-00092-O |
| | ) | |
| City of Fort Worth, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF AND TARRANT COUNTY'S MEDIATION REPORT**

Pursuant to the Court's Amended Scheduling Order (ECF No. 65, Part II, Section 5(c)), the parties respectfully submit the following mediation report.

The mediation was conducted on December 4, 2023. The persons present for the mediation were:

1. Mediator M. Beth Krugler, JD MS

2. For Plaintiff:  Kimberly Hammond, Attorney Jarrett Adams, and Attorney Arielle Comer

3. For Defendant Tarrant County:  Assistant Criminal District Attorneys M. Keith Ogle and Katherine E. Owens; Tarrant County Assistant Director of Risk Management Travis Yarbrough; and Tarrant County Sheriff's Office Senior Chief Calvin Bond

The mediation on December 4, 2023 did not resolve this case by settlement of the parties. Following the mediation, the mediator sent the parties a settlement proposal.

The parties have until December 20, 2023 at 2:00 PM CST to accept or reject the

proposal.

Respectfully submitted,

**Chasity Congious, by and through her Next Friend, Kimberly Hammond, on behalf of herself and as Mother of Z.C.H., deceased,**

/s/ Jarrett Adams
Jarrett Adams
LAW OFFICES OF JARRETT ADAMS, PLLC
40 Fulton St., Floor 28
New York, New York 10038
T: 646.880.9707
F: 646.880.9707
E: JAdams@JarrettAdamsLaw.com

and

*/s/ M. Keith Ogle*
**M. KEITH OGLE**
State Bar No. 24037207
Assistant Criminal District Attorney

PHIL SORRELLS
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

Tarrant County Criminal District Attorney's Office
Tim Curry Criminal Justice Center
401 W. Belknap, 9th Floor
Fort Worth, Texas 76196
817-884-1233 - Telephone
817-884-1675 – Facsimile
E-Mail: mkogle@tarrantcountytx.gov

**ATTORNEY FOR DEFENDANT TARRANT COUNTY**

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I electronically filed the foregoing pleading with the United States District Court for the Northern District of Texas using the CM/ECF system, which will automatically serve a true and complete copy upon all counsel of record.

/s/Jarrett Adams
Jarrett Adams, Esq.