UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHASITY CONGIOUS, <br> by and through her Guardian, Kimberly Hammond, on behalf of Herself and as Mother and Next Friend of Z.C.H., Deceased <br><br> Plaintiff, <br><br> v. <br><br> TARRANT COUNTY, <br><br> Defendant. | § § § § § § § § § § § § § § § Civil Action No. 4:22-cv-00092-O |

## ORDER

Before the Court is Plaintiff's Request for Appointment of a Next Friend (ECF No. 88), filed January 4, 2024, and Plaintiff's Supplemental Status Report (ECF No. 90), filed January 16, 2024. In her supplement report, Plaintiff advises that the Tarrant County Probate Court denied Kimberly Hammond's request to become the legal guardian of her daughter, Chastity Congious, during the January 10, 2024 hearing. ECF No. 90 at 1. Instead, Plaintiff confirms that Ms. Hammond will sign the settlement agreement through her power of attorney for Ms. Congious. *Id.* Because the reason for Plaintiff's requested appointment of a next friend was "[t]o facilitate settlement of this matter," the Court determines that such an appointment is no longer necessary in light of Ms. Hammond signing the settlement agreement through her power of attorney. *Id.*; ECF No. 88 at 2–4. Accordingly, the Court **DENIES** Plaintiff's Request to Appoint Next Friend (ECF No. 88).

**SO ORDERED** this **17th day** of **January, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE