# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| CHASITY CONGIOUS, <br> by and through her Guardian, Kimberly Hammond, on behalf of Herself and as Mother and Next Friend of Z.C.H., Deceased, <br><br> Plaintiff, <br><br> v. <br><br> AARON IVY SHAW, <br><br> Defendant. | § § § § § § § § § § § § § § | Civil Action No. 4:22-cv-00092-O |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) The case is **DISMISSED with prejudice**.

2) The Clerk shall transmit a true copy of this Judgment, together with a true copy of the Order, to the Parties.

**SO ORDERED** on this **1st day** of **July, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1